IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  LECIA MCCLENDON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIV-14-1166-M |
| 1.  CALIBER HOME LOANS, INC., | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Lecia McClendon and Defendant Caliber Home Loans, Inc. hereby stipulate to the dismissal of the above-entitled action with prejudice as to all of Plaintiff's claims against Defendant with each party to bear its own costs and fees except as otherwise agreed.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Denise Cotter Villani*
Denise Cotter Villani
Oklahoma Bar No. 10255
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927
Email: Denise.Villani@OlgetreeDeakins.com

AND

**CROWE & DUNLEVY**
Mack J. Morgan, III
Oklahoma Bar No. 6397
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Fax: (405) 272-5235
Email: morganm@crowedunlevy.com
ATTORNEYS FOR DEFENDANT

**LEONARD & ASSOCIATES**

*/s/ Jana B. Leonard*
Jana B. Leonard
Oklahoma Bar No. 17844
Emily Van Volkinburg
Oklahoma Bar No. 31744
8265 S. Walker
Oklahoma City, OK 73139
Telephone: (405) 239-3800
Facsimile: (405) 239-3801
Email: leonardjb@leonardlaw.net
      emilyv@leonardlaw.net
ATTORNEYS FOR PLAINTIFF

19961425.1